IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 16 C 4329 |
| | ) | |
| CHICAGOLAND TRUCKIN, | ) | JUDGE CHARLES R. NORGLE, SR. |
| INCORPORATED, an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, CHICAGOLAND TRUCKIN, INCORPORATED, an Illinois corporation, in the total amount of $34,259.42, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,241.25.

On June 22, 2016, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Isidro Lopez, Office Manager) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 13, 2016. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>15th</u> day of <u>July 2016</u>:

   Mr. Alberto Roman, Registered Agent/President
   Chicagoland Truckin, Incorporated
   5494 W. Roosevelt Road
   Chicago, IL   60644-1467

               /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\731exc\Chicagoland Truckin\#26853\motion.lmf.df.wpd